Not considered. The application was not timely filed. See Article 7, Section 11, La. Const.

230 So.2d 588

**Terry LADNER**

**v.**

**C. Murray HENDERSON.**

**No. 50363.**

Feb. 6, 1970.

In re: Terry Ladner applying for writ of habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory nor our original jurisdiction in this matter.

SUMMERS, J., is of the opinion the writ should be granted.

BARHAM, J., is of the opinion that the writ should be granted. The minutes of court do not reflect that counsel was present at sentencing. See State v. Austin, 255 La. 108, 229 So.2d 717.

230 So.2d 589

**Percy CLARK**

**v.**

**Bryan CLEMMONS, Sheriff, East Baton Rouge Parish.**

**No. 50361.**

Feb. 6, 1970.

In re: Percy Clark applying for writ of habeas corpus.

Writ denied. The ruling complained of is correct.